# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United State of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TODD DALE MALAKI,<br><br>　　　　　Defendant. | Case No: 15CR967-JLS<br><br>**ORDER TERMINATING SUPERVISED RELEASE** |

Having considered Defendant's unopposed Motion to Terminate Supervised Release and good cause appearing, IT IS HEREBY ORDERED that Defendant's term of supervised release is terminated.

IT IS SO ORDERED.

Dated: September 18, 2020

　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge